# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD VANHOOZEN,, <br><br> Plaintiff, <br><br> v. <br><br> ENHANCED RECOVERY COMPANY, LLC; DOES 1-10 inclusive, <br><br> Defendants. | Case No.: 1:17-CV-00761 LJO- LT <br><br> **ORDER GRANTING STIPULATION ALLOWING DEFENDANT ADDITIONAL TIME TO RESPOND TO THE COMPLAINT** <br><br> (Doc. 3) |

The parties have filed as stipulation permitting the defendant additional time to respond to the complaint. (Doc. 3) Thus, the Court **ORDERS**:

1. The stipulation to extend the time for the defendant to respond to the complaint is **GRANTED**;

2. The defendant **SHALL** respond to the complaint no later than **June 23, 2017**.

IT IS SO ORDERED.

Dated: **June 10, 2017**         **/s/ Jennifer L. Thurston**
                                UNITED STATES MAGISTRATE JUDGE