**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HOWARD VANHOOZEN,** | ) Case No. 1:17-cv-00761-LJO-JLT |
| Plaintiff, | ) |
| | ) **[~~PROPOSED~~] ORDER CLOSING CASE** |
| vs. | ) |
| | ) |
| **ENHANCED RECOVERY COMPANY,** | ) |
| **LLC, and DOES 1 through 10, inclusive,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

On June 22, 2017, the plaintiff filed a notice of voluntary dismissal. (Doc. 5) Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . ." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  __June 22, 2017__         _____/s/ Jennifer L. Thurston__
                                                    UNITED STATES MAGISTRATE JUDGE